UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PERRY ASHELMAN,<br><br>      Petitioner,<br><br> v.<br><br>SHELTON CORRECTIONS,<br><br>      Respondent. | No. C09-5570 BHS/KLS<br><br>ORDER TO AMEND |

This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner Perry Ashelman seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. Dkt. 1-2.

Mr. Ashelman has failed to name the correct Respondent, thereby depriving this Court of personal jurisdiction. *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984). 28 U.S.C. § 2243 requires that writs are to be directed "to the person having custody of the person detained." The proper respondent in a federal habeas corpus petition is the petitioner's "immediate custodian." *Demjanjuk v. Meese*, 784 F.2d 1114, 1115 (D.C.Cir. 1986). A custodian "is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner." *Guerra v. Meese*, 786 F.2d 414, 416 (D.C.Cir. 1986).

Therefore, Mr. Ashelman's custodian for purposes of his habeas corpus petition challenging the execution of his Washington state sentence, is the warden/superintendent of the prison where he is currently confined. See, e.g., *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr.

ORDER TO AMEND - 1

Ashelman is currently confined at the Stafford Creeks Correction Center (SCCC) in Aberdeen, Washington. The warden of SCCC is Patrick R. Glebe.

Accordingly, it is **ORDERED**:

(1) Mr. Ashelman shall amend his petition to name Patrick R. Glebe as Respondent. Mr. Ashleman may amend his petition by correcting the first page only and providing the Court with two copies of the amended first page reflecting the properly named Respondent. Mr. Ashelman shall provide the court with two copies of the amended first page of his petition **on or before November 13, 2009**.

(2) The Court Clerk is directed to send a copy of this Order and a form 28 U.S.C. § 2254 petition to Mr. Ashelman, and to note this matter for the Court's November 13, 2009 calendar.

DATED this 26th day of October, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND - 2