UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY ASHELMAN,

    Petitioner,

v.

PATRICK GLEBE,

    Respondent.

NO. C09-5570 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 18). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is **DENIED** and this action is **DISMISSED** because Petitioner's habeas petition presents only claims that either lack merit or lack sufficient evidentiary support; and

(3) The Court **DENIES** a certificate of appealability.

DATED this 13th day of April, 2010.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER