# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY ASHELMAN

v.

PATRICK GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5570BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Petitioner's habeas petition is **DENIED** and this action is **DISMISSED** because Petitioner's habeas petition presents only claims that either lack merit or lack sufficient evidentiary support; and

The Court **DENIES** a certificate of appealability.

| | |
|---|---|
| April 15, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |